UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| WORLDWIDE INTERACTIVE NETWORK, INC., | |
| Plaintiff, | |
| v. | Case No. _____ |
| CHMURA ECONOMICS & ANALYTICS, LLC, | |
| Defendant. | |

CERTIFICATE OF CORPORATE INTEREST

Plaintiff, Worldwide Interactive Network, Inc., ("WIN"), files this Certificate of Corporate Interest pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that WIN has no parent corporations, or subsidiaries not wholly owned, and no publicly held company owns ten percent or more of its stock.

Respectfully submitted,

/s/ Aunt S. Pitts
Robert E. Pitts (Reg. # 1,610)
R. Bradford Brittian (Reg. # 7,130)
Benjamin A. Alley (Reg. # 25,238)
Jacob G. Horton, (Reg. #25,467)
Jennifer A. Cameron (*PRO HAC VICE*)

PITTS & BRITTIAN, P.C.
P.O. Box 51295
Knoxville, TN 37950-1295
Telephone: (865) 584-0105
Fax: (865) 584-0104

*Attorneys for the Plaintiff
Worldwide Interactive Network, Inc.*