UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

WORLDWIDE INTERACTIVE NETWORK, INC.,

        Plaintiff,

v.

        Case No. 3:09-CV-00121

CHMURA ECONOMICS & ANALYTICS, LLC,

        Defendant.

NOTICE OF NON-RECEIPT OF ORIGINAL SUMMONS FROM UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Plaintiff, Worldwide Interactive Network, Inc., hereinafter referred to as "WIN", in filing the Complaint for the above-identified Case, provided an accompanying cover letter to the Clerk of Court, which requested that the original summons be executed and returned to the offices of Pitts & Brittian, P.C., its legal counsel. Although the Clerk of Court has indicated that the original summons was mailed to the offices of Pitts & Brittian, P.C., receipt of the summons at the offices of Pitts & Brittian, P.C., has not occurred. Consequently, it is respectfully requested that the Clerk of Court execute another summons such that service upon Defendant, Chmura Economics & Analytics, LLC, can be made.

        Respectfully submitted,

        s/R. Bradford Brittian
        Robert E. Pitts (Reg. # 1,610)
        R. Bradford Brittian (Reg. # 7,130)
        Benjamin A. Alley (Reg. # 25,238)
        Jacob G. Horton, (Reg. #25,467)
        Jennifer A. Cameron (*PRO HAC VICE*)

1

PITTS & BRITTIAN, P.C.
P.O. Box 51295
Knoxville, TN 37950-1295
Telephone: (865) 584-0105
Fax: (865) 584-0104

*Attorneys for the Plaintiff*
*Worldwide Interactive Network, Inc.*