IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| WORLDWIDE INTERACTIVE NETWORK, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:09-CV-00121 ) Jury Demanded |
| CHMURA ECONOMICS & ANALYTICS, LLC, | ) ) ) |
| Defendant. | ) |

## STIPULATION

Come the Defendant, Chmura Economics & Analytics, LLC and the Plaintiff, Worldwide Interactive Network, Inc., by and through counsel, pursuant to Local Rule 12.1, and stipulate that Chmura Economics & Analytics, LLC is granted a 14 day extension, to and including May 11, 2009, within which to respond to the Complaint.

Respectfully submitted this 24th day of April, 2009.

AGREED:

WOOLF, MCCLANE, BRIGHT,
 ALLEN & CARPENTER, PLLC

By:/s/ Robert L. Vance
     Robert L. Vance (BPR #021733)

900 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee 37902
865-215-1000 (telephone)
865-215-1001 (fax)

*Attorney for Defendant Chmura Economics & Analytics, Inc.*

AGREED:

PITTS & BRITTIAN, P.C.

By: s/Robert E. Pitts
    Robert E. Pitts  (BPR #001610)

1319 Old Weisgarber Road
Knoxville, TN  37909
(865) 584-0104

*Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2009, a copy of the foregoing Stipulation was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.


        s/Robert L. Vance
        Robert L. Vance, Esq., (BPR #021733)

        WOOLF, McCLANE, BRIGHT,
         ALLEN & CARPENTER, PLLC
        Post Office Box 900
        Knoxville, Tennessee  37901-0900
        (865) 215-1000

2