**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| WORLDWIDE INTERACTIVE<br>NETWORK, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:09-CV-00121 |
| | ) | Jury Demanded |
| CHMURA ECONOMICS | ) | |
| & ANALYTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF CORPORATE INTEREST FOR
## CHMURA ECONOMICS & ANALYTICS, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Chmura Economics & Analytics, LLC ("Chmura") makes the following disclosure:

1.      All parent corporations, if any, of Chmura: None.

2.      All publicly held companies, if any, that own ten percent (10%) or more of Chmura's stock: None.

Respectfully submitted this 24th day of April, 2009.

WOOLF, MCCLANE, BRIGHT,
   ALLEN & CARPENTER, PLLC

By:/s/ Robert L. Vance_____
      Robert L. Vance (BPR #021733)

900 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee  37902
865-215-1000 (telephone)
865-215-1001 (fax)

*Attorney for Defendant Chmura Economics &*
*Analytics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/Robert L. Vance
Robert L. Vance, Esq., (BPR #021733)

WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000