AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| WORLDWIDE INTERACTIVE NETWORK, INC. <br> *Plaintiff* <br> v. <br> CHMURA ECONOMICS & ANALYTICS, LLC <br> *Defendant* | Civil Action No. 3:09-CV-00121 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHMURA ECONOMICS & ANALYTICS, LLC
C/O GENEVIEVE K. DYBING
MCCANDLISH HOLTON
1111 EAST MAIN STREET, SUITE 1500
RICHMOND VA 23218

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ROBERT E. PITTS
PITTS & BRITTIAN, P.C.
P.O. BOX 51295
KNOXVILLE TN 37950-1295

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PATRICIA L. McNUTT, CLERK
*CLERK OF COURT*

Date: 4/2/2009

KWatson
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chmura Economics & Analytics, LLC
was received by me on *(date)* 4/6/09 · C/o Genevieve K. Dybing / McCandlish Holton
10:30 A.M.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jane Doe / Paralegal for Genevieve K. Dybing, who is designated by law to accept service of process on behalf of *(name of organization)* Genevieve K. Dybing for Chmura Economics and Analytics on *(date)* 4/7/09 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/23/09

_____
Server's signature

Clyde Shackleford / Process Server
Printed name and title

1027 Tilden St. Richmond, VA. 23221
Server's address

Additional information regarding attempted service, etc:
Service Accepted by a White Female, Approx 5'9" Tall with shoulder length Brown Hair.