IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| WORLDWIDE INTERACTIVE NETWORK, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 3:09-CV-00121<br>) Phillips/Guyton |
| CHMURA ECONOMICS & ANALYTICS, LLC, | )<br>)<br>) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Chmura Economics & Analytics, LLC ("Chmura"), by counsel, pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1) moves the Court to dismiss this action for lack of subject matter jurisdiction. In the alternative, should the Court determine that it has subject matter jurisdiction over this action, Chmura moves the Court, pursuant to Rule 12(b)(2), to dismiss this action for lack of personal jurisdiction. The grounds for this Motion are set forth in the accompanying Memorandum in Support of Motion to Dismiss.

Respectfully submitted this 11th day of May, 2009.

                                                  WOOLF, MCCLANE, BRIGHT,
                                                    ALLEN & CARPENTER, PLLC

                                                    By: /s/ Robert L. Vance
                                                          Robert L. Vance (BPR #021733)
                                                    900 Riverview Tower
                                                    900 S. Gay Street
                                                    Knoxville, Tennessee 37902
                                                    865-215-1000 (telephone)
                                                    865-215-1001 (fax)
                                                    *Attorney for Defendant Chmura Economics &*
                                                    *Analytics, Inc.*

# CERTIFICATE OF SERVICE

    I hereby certify that on May 11, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                        s/Robert L. Vance
                                        Robert L. Vance, Esq., (BPR #021733)

                                        WOOLF, McCLANE, BRIGHT,
                                            ALLEN & CARPENTER, PLLC
                                        Post Office Box 900
                                        Knoxville, Tennessee 37901-0900
                                        (865) 215-1000