

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

FILED

2009 MAY 28  A II: 12

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

|  |  |  |
|---|---|---|
| WORLDWIDE INTERACTIVE NETWORK, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 3:09-CV-00121 |
| CHMURA ECONOMICS & ANALYTICS, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Chmura Economics & Analytics, LLC, moves for admission to appear in this action *pro hac vice.*

☒　　I am admitted and entitled to practice in the United States District Court for the Eastern District of Virginia. A certificate of good standing is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2009.

Dana D. McDaniel
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2065
dmcdaniel@spottsfain.com

## CERTIFICATE OF SERVICE

I hereby certify that on **May 27**, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/Robert L. Vance
Robert L. Vance, Esq., (BPR #021733)

WOOLF, McCLANE, BRIGHT,
ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000

# *CERTIFICATE OF GOOD STANDING*

**UNITED STATES OF AMERICA** )
)
) ss.
)
**EASTERN DISTRICT OF VIRGINIA** )


    **I, FERNANDO GALINDO,** Clerk of the United States District Court for the

Eastern District of Virginia, Richmond Division,

    **DO HEREBY CERTIFY that** __**Dana Duane McDaniel**__ , ID #25419, was

duly admitted to practice in said Court on __September 1, 1987__ and is in good

standing as a member of the bar of said Court.

                **FERNANDO GALINDO, CLERK**

                By: _____

                     **Deputy Clerk**

**Dated at Richmond, Virginia**
**on** __May 26, 2009__ **.**