UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

WORLDWIDE INTERACTIVE NETWORK, INC., |
|
Plaintiff, |
v. |
| Case No. 3:09-CV-00121
CHMURA ECONOMICS & ANALYTICS, LLC, | Phillips/Guyton
|
Defendant. |
_____|

## STIPULATION

Plaintiff, Worldwide Interactive Network, Inc. (hereinafter "WIN"), and

Defendant, Chmura Economics & Analytics, LLC (hereinafter "CEA"), by counsel,

stipulate that WIN shall have until and including June 15, 2009 to respond to CEA's

Motion to Dismiss.  Accordingly, the above-identified parties request that the Court enter

an order in accordance with this Stipulation.

Respectfully submitted June 1, 2009.

PITTS & BRITTIAN, P.C.

_s/R. Bradford Brittian_____
Robert E. Pitts (Reg. # 1,610)
R. Bradford Brittian (Reg. # 7,130)
Benjamin A. Alley (Reg. # 25,238)
Jacob G. Horton, (Reg. #25,467)
Jennifer A. Cameron (*PRO HAC VICE*)

P.O. Box 51295
Knoxville, TN  37950-1295
Telephone: (865) 584-0105
Fax: (865) 584-0104

*Attorneys for the Plaintiff Worldwide Interactive Network, Inc.*

WOOLF, MCCLANE, BRIGHT, ALLEN
& CARPENTER, PLLC

  _s/Robert L. Vance by permission__
Robert L. Vance (BPR # 21,733)
900 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902
(865) 215-1000 (telephone)
(865) 215-1001 (fax)

*Attorney for the Defendant Chmura*
*Economics & Analytics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

PITTS & BRITTIAN, P.C.

_s/R. Bradford Brittian_____
Robert E. Pitts (Reg. # 1,610)
R. Bradford Brittian (Reg. # 7,130)
Benjamin A. Alley (Reg. # 25,238)
Jacob G. Horton, (Reg. #25,467)
Jennifer A. Cameron (*PRO HAC VICE*)