# EXHIBIT A

WORLDWIDE INTERACTIVE NETWORK, INC., |
|
Plaintiff, |
v. |
|
CHMURA ECONOMICS & ANALYTICS, LLC, |
|
Defendant. |
_____ |

Case No. 3:09-CV-00121
Phillips/Guyton

## ORDER

Worldwide Interactive Network, Inc. (hereinafter "WIN") and Chmura

Economics & Analytics, LLC (hereinafter "CEA") have stipulated that WIN shall have

until and including June 15, 2009 to respond to CEA's Motion to Dismiss. For good

cause stated, WIN shall have until and including June 15, 2009 to respond to CEA's

Motion to Dismiss.

IT IS SO ORDERED.

_____
Thomas W. Phillips
United States District Judge