WORLDWIDE INTERACTIVE NETWORK, INC., |

                Plaintiff, |

     v. |

                                  | Case No. 3:09-CV-00121

CHMURA ECONOMICS & ANALYTICS, LLC, | Phillips/Guyton

              Defendant. |

_____|

## ORDER

Worldwide Interactive Network, Inc. (hereinafter "WIN") and Chmura

Economics & Analytics, LLC (hereinafter "CEA") have stipulated that WIN shall have

until and including June 15, 2009 to respond to CEA's Motion to Dismiss. For good

cause stated, WIN shall have until and including June 15, 2009 to respond to CEA's

Motion to Dismiss.

     IT IS SO ORDERED.

                                 _Thomas W. Phillips_

                                 Thomas W. Phillips
                                 United States District Judge