IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| WORLDWIDE INTERACTIVE NETWORK, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:09-CV-00121 ) |
| CHMURA ECONOMICS & ANALYTICS, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR PRO HAC VICE

Upon Motion for Admission Pro Hac Vice, Doc. [10], and it appearing satisfactory to the Court, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Dana D. McDaniel be admitted to appear *pro hac vice* as co-counsel on behalf of Chmura Economics & Analytics, LLC in the above-referenced litigation.

ENTER this 5th day of June, 2009.

s/Thomas W. Phillips
United States District Judge