# EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

WORLDWIDE INTERACTIVE NETWORK, INC.,

    Plaintiff,

v.

CHMURA ECONOMICS & ANALYTICS, LLC,

    Defendant.

Case No. 3:09-CV-00121
Phillips/Guyton

### AFFIDAVIT OF KATHERINE A. DEROSEAR

I, Katherine A. DeRosear, declare and state under the penalty of perjury the following:

1. I am the Strategic Policy Advisor of Worldwide Interactive Network, Inc. (hereinafter "WIN").

2. It is my understanding and belief that Christine Chmura, Ph.D., is a principal, the president, and the chief economist of Chmura Economics & Analytics, LLC (hereinafter "CEA").

3. CEA alleged that it is the owner of United States Patent Number 7,480,659 issued to Chmura et al. on January 20, 2009 (hereinafter "the '659 patent").

4. CEA alleged that it developed a server-based economic, education, and workforce development tool, referred to as JobsEQ.

5. CEA alleged that certain of the underlying technology of JobsEQ is protected by the '659 patent.

6. It is my understanding and belief that WIN and CEA entered into an agreement, whereby WIN used and promoted JobsEQ. It is also my understanding and belief that WIN no longer uses JobsEQ under this agreement.

7. It is my understanding and belief that WIN contracted Iradix, LLC (hereinafter "Iradix") to independently develop a server-based economic, education, and

1

*KAD*

workforce development tool to replace JobsEQ. It is also my understanding and belief that the server-based development tool developed by Iradix is owned solely by WIN.

8. On or about March 9, 2009, I made a presentation relating to WIN's server-based development tool at a National Association of Workforce Boards Forum in Washington D.C. (hereinafter "the NAWB Forum").

9. CEA, by and through its president, namely Ms. Chmura, attended the NAWB Forum. While at the NAWB Forum, I heard Ms. Chmura make certain comments to Danny Allen, a NWAB board member and trial attorney of South Carolina, suggesting that my presentation relating to WIN's sever-based development tool would generate a relevance for WIN having a trial attorney.

10. CEA's comments to Mr. Allen suggested that CEA intended to initiate legal action against WIN to enforce the '659 patent when WIN introduced its server-based development tool to the market.

_Katherine A. DeRosear_ 5-11-09
Katherine A. DeRosear
Strategic Policy Advisor, Worldwide
Interactive Network, Inc.

IN THE COUNTY OF _Chesterfield_
STATE OF _Virginia_

I hereby certify that before me personally appeared KATHERINE A. DEROSEAR, personally known by me, who then and there was duly sworn by me, and under oath acknowledges that the foregoing instrument was duly signed, sealed and delivered by him on the date appearing at the foot thereof, all of which took place within my jurisdiction.

_[signature]_
Notary Public
My Commission Expires: _May 31, 2012_

3 44291

2