# EXHIBIT 4

# Worldwide Interactive Network, Inc.
## Vendor QuickReport
### All Transactions

**Chmura Economics & Analytics**

| Type | Date | Num | Amount |
|---|---|---|---|
| Bill Pmt -Check | 10/27/2006 | 15134 | -67,500.00 |
| Bill Pmt -Check | 02/08/2007 | 15691 | -7,500.00 |
| Bill Pmt -Check | 02/15/2007 | 15735 | -3,415.92 |
| Bill Pmt -Check | 04/02/2007 | 15974 | -650.00 |
| Bill Pmt -Check | 04/27/2007 | 16123 | -3,950.00 |
| Bill Pmt -Check | 05/10/2007 | 16199 | -7,500.00 |
| Bill Pmt -Check | 05/21/2007 | 16251 | -31,000.00 |
| Bill Pmt -Check | 06/05/2007 | 16335 | -2,739.40 |
| Bill Pmt -Check | 06/26/2007 | 16470 | -1,601.59 |
| Bill Pmt -Check | 06/29/2007 | 16495 | -3,654.48 |
| Bill Pmt -Check | 07/11/2007 | 16562 | -800.00 |
| Bill Pmt -Check | 07/19/2007 | 16604 | -1,720.61 |
| Bill Pmt -Check | 09/06/2007 | 16897 | -9,000.00 |
| Bill Pmt -Check | 09/14/2007 | 16927 | -4,995.00 |
| Bill Pmt -Check | 10/05/2007 | 17081 | -8,400.00 |
| Bill Pmt -Check | 10/16/2007 | 17159 | -6,000.00 |
| Bill Pmt -Check | 10/18/2007 | 17176 | -1,163.00 |
| Bill Pmt -Check | 10/24/2007 | 17212 | -52,500.00 |
| Bill Pmt -Check | 11/28/2007 | 17407 | -650.00 |
| Bill Pmt -Check | 12/19/2007 | 17536 | -2,450.00 |
| Bill Pmt -Check | 01/15/2008 | 17710 | -2,600.00 |
| Bill Pmt -Check | 01/21/2008 | 17739 | -64,021.00 |
| Bill Pmt -Check | 02/19/2008 | 17935 | -2,050.00 |
| Bill Pmt -Check | 03/25/2008 | 18168 | -4,925.26 |
| Bill Pmt -Check | 04/03/2008 | 18238 | -1,951.00 |
| Bill Pmt -Check | 05/07/2008 | 18465 | -1,977.00 |
| Bill Pmt -Check | 06/02/2008 | 18644 | 0.00 |
| Bill Pmt -Check | 06/02/2008 | 18647 | -2,455.50 |
| Bill Pmt -Check | 07/17/2008 | 18953 | -220.00 |
| Bill Pmt -Check | 08/11/2008 | 19105 | -2,087.96 |
| Bill Pmt -Check | 08/20/2008 | 19169 | -9,995.00 |
| Bill Pmt -Check | 10/06/2008 | 19456 | -12,995.00 |
| Bill Pmt -Check | 10/22/2008 | 19541 | -670.00 |
| Bill Pmt -Check | 11/12/2008 | 19668 | -1,862.91 |
| Bill Pmt -Check | 12/09/2008 | 19836 | -23,170.17 |
| Bill Pmt -Check | 01/09/2009 | 20006 | -12,453.96 |
| Bill Pmt -Check | 02/03/2009 | 20108 | -12,367.08 |
| Bill Pmt -Check | 03/02/2009 | 20233 | -12,975.29 |
| Bill Pmt -Check | 03/31/2009 | 20408 | -12,801.51 |
| | | | -398,768.64 |