# Exhibit A

Counter Declaration of Christine Chmura

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESEE
Knoxville Division

| | | |
|---|---|---|
| WORLDWIDE INTERACTIVE NETWORK, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 3:09-CV-00121 |
| CHMURA ECONOMICS & ANALYTICS, LLC; | ) ) ) | |
| Defendant. | ) ) | |

## COUNTER DECLARATION OF CHRISTINE CHMURA

I, Christine Chmura, state as follows:

1. I am President of Chmura Economics & Analytics, LLC ("Chmura"). I give this Declaration as President of Chmura in support of Chmura's Rebuttal Memorandum in Support of Defendant's Motion to Dismiss the Complaint filed by Worldwide Interactive Network, Inc. ("Worldwide"). I am over eighteen (18) years of age, and the information provided herein is based on my personal knowledge and/or investigation.

2. On March 9, 2009, I attended a presentation by Katherine DeRosear at the National Association of Workforce Boards Forum in Washington, D.C. (the "NAWB Forum"). Prior to Ms. DeRosear's presentation, Danny Allen spoke words to the effect that he did not "have a place here." I replied, "you might." That was the extent of my response to Mr. Allen's comment.

3. On March 10, 2009, I was attending the NAWB Forum. I was with Leslie Peterson, a principal in Chmura, when I spoke with Dr. Tim Alford. In view of the difficulties

that Chmura had with Worldwide, I was concerned that Dr. Alford's relationship with Worldwide might cause him difficulties also, so I said: "We trusted Theresa, but we found out something that surprised and disappointed us," and I told him that he should "be careful." After that, Dr. Alford walked away from us. Ms. Peterson did not address Dr. Alford at that time, and I had no further discussion with him.

4. Fletcher Mangum is an economist known to me personally, who lives and works in and around metropolitan Richmond, Virginia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in _Charleston_, _South Carolina_ on this _24th_ day of June, 2009.

Christine Chmura, Ph.D.
Chmura Economics & Analytics, LLC

2