| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court of   Tennessee, Knoxville Division   on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>3:09-cv-121 | DATE FILED<br>03/19/2009 | U.S. DISTRICT COURT<br>Tennessee, Knoxville Division |
|---|---|---|
| PLAINTIFF<br><br>Worldwide Interactive Network, Inc | | DEFENDANT<br><br>Chmura Economics & Analytics, LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,480,659 B2 | 01/20/2009 | Christine Chmura, Leslie Peterson |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order granting CEA's motion to dismiss |

| CLERK<br>Patricia L. McNutt | (BY) DEPUTY CLERK<br>s/ A. Brush | DATE<br>03/24/2009 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director<br>Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy